AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kelvin Gary Chipp | ) | Case No: CR403-00003-001 |
| | ) | USM No: 11419-021 |
| Date of Previous Judgment: August 7, 2003 | ) | David Adams |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

2008 JUL 28 AM 10: 26

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31                Amended Offense Level: 31
Criminal History Category: VI             Criminal History Category: VI
Previous Guideline Range: 188 to 235 months     Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant is not eligible for a reduction based on the retroactive crack cocaine amendment because his offense level was not determined based on the drug quantity table. The defendant was convicted of a firearms offense and his base offense level was determined pursuant to U.S.S.G. §§ 2K2.1 and 4B1.4, and not U.S.S.G. § 2D1.1.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7-28-2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                        Printed name and title